IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| TAMMY SCOTT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:10CV00184 SWW |
| | * | |
| UNITED STATES DEPARTMENT OF THE ARMY, | * | |
| | * | |
| | * | |
| Defendant. | * | |

**Order**

Before the Court is defendant's motion to dismiss to which plaintiff responded. Also before the Court is plaintiff's motion to file an amended complaint to which defendant does not object. The Court finds the motion to amend [docket entry 35] should be and is hereby granted. Plaintiff is ordered to file her amended complaint within seven (7) days from the date of entry of this Order. Because plaintiff states her amended complaint addresses most of the issues presented by defendant, the motion to dismiss [docket entry 28] is denied at this time.

IT IS SO ORDERED this 5th of November, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE