IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| TAMMY SCOTT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:10CV00184 SWW |
| | * | |
| UNITED STATES DEPARTMENT OF THE ARMY, | * | |
| | * | |
| | * | |
| Defendant. | * | |

**Order**

Before the Court is the parties' joint motion to stay the deadlines set forth in the Initial Scheduling Order and stay the entry of a Final Scheduling Order pending the resolution of defendant's motion to dismiss. The motion [docket entry 41] is granted.

SO ORDERED this 7th day of December, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE