IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TAMMY SCOTT,      *
           *
       Plaintiff,      *
           *
vs.      *    No. 5:10CV00184 SWW
           *
JOHN MCHUGH, Secretary of the Army and      *
THE UNITED STATES DEPARTMENT OF      *
THE ARMY,      *
           *
       Defendants.      *

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiff's complaint is dismissed. The relief sought is denied.

DATED this 15th day of April, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE